# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROY FRIAS<br>REG. # 41625-480 | : | DOCKET NO. 2:22-cv-1396<br>SECTION P |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| S. MA'AT | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 4) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED AND DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED** in Chambers on this 24th day of October, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE